1  JODI LINKER
   Federal Public Defender
2  Northern District of California
   SAMANTHA JAFFE
3  Assistant Federal Public Defender
   19th Floor Federal Building - Box 36106
4  450 Golden Gate Avenue
   San Francisco, CA 94102
5  Telephone:   (415) 436-7700
   Facsimile:    (415) 436-7706
6  Email:        samantha_jaffe@fd.org

7

8  Counsel for Defendant THOMAS

9

10              IN THE UNITED STATES DISTRICT COURT

11         FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,          **Case No.:** CR 24–439 JD

15              Plaintiff,              **STIPULATION AND PROPOSED**
                                        **ORDER TO ADVANCE CHANGE OF**
16          v.                          **PLEA DATE**

17  LAZARUS THOMAS,

18              Defendant.

19

20

21         Lazarus Thomas is scheduled to appear before this Court on April 14, 2025, for change

22  of plea, a date that was set prior to undersigned defense counsel appearing on the case. Defense

23  counsel isn't available on April 14, 2025, and so the parties respectfully request that this Court

24  advance the change of plea date to April 7, 2025, if that is acceptable to this Court.

25

26         IT IS SO STIPULATED.

27

28

STIPULATION TO ADVANCE CHANGE OF PLEA DATE
*THOMAS*, CR 24–439 JD

Respectfully Submitted,

March 18, 2025                    JODI LINKER
Dated                            Federal Public Defender
                                 Northern District of California

                                 _____
                                            /S
                                 SAMANTHA JAFFE
                                 Assistant Federal Public Defender


March 18, 2025                    PATRICK D. ROBBINS
Dated                            Acting United States Attorney
                                 Northern District of California

                                 _____
                                            /S
                                 JEFFREY BORNSTEIN
                                 Assistant United States Attorney


## [PROPOSED] ORDER


The change of plea date currently set for April 14, 2025, is advanced to April 7, 2025.

IT IS SO ORDERED.


March 19, 2025                   _____
Dated                            JAMES DONATO
                                 United States District Judge